**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHULTS & ADAMS LLP**                                                                                       **PLAINTIFF**

**v.**                                              **Case No. 4:19-CV-96-LPR**

**COMMERCIAL TENANT SERVICES, INC.**                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Shults & Adams LLP's Complaint and Defendant Commercial Tenant Services Inc.'s Counterclaim are DISMISSED with prejudice. The Court will retain jurisdiction over this matter for the limited purpose of resolving any disputes that might hereafter arise between the parties concerning the terms and conditions of the Settlement Agreement.

IT IS SO ADJUDGED this 4th day of November 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE